**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**SAMUEL L. HENDERSON**
ADC #120748                                                                                                    **PETITIONER**

VS.                                    NO.  5:07-CV-00093-JMM-BD

**LARRY NORRIS, Director,**
Arkansas Department of Correction                                                        **RESPONDENT**

**RECOMMENDED DISPOSITION**

**I.      Procedures for Filing Objections**

The following recommended disposition has been sent to United States District Judge James M. Moody.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from receipt of the recommendations.  A copy will be furnished to the opposing party.   Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

    1.    Why the evidence desired to be introduced at the requested hearing was not offered to the Magistrate Judge for consideration.

    2.    The detail of any testimony desired to be introduced at a hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and/or request for a hearing to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite 402
> Little Rock, AR 72201-3325

**II.**    **Background**

Plaintiff, an inmate confined to the Arkansas Department of Correction, Varner Unit, filed a pro se Petition for Writ of Habeas Corpus (#1) under 28 U.S.C. § 2254 on May 7, 2007. On May 31, 2006, the Court entered an Order (#2) directing Petitioner to pay the $5.00 filing fee or file a completed application for leave to proceed *in forma pauperis* with thirty days. The Order advised Petitioner that failure to do so could result in dismissal of the case under Local Rule 5.5(c)(2). The Plaintiff has failed to comply with the Court's Order.

### III.     Conclusion

Because the Plaintiff has failed to pay the required filing fee or to submit an application to proceed *in forma pauperis*, it is recommended that his Petition (#1) be dismissed without prejudice.

DATED this 9th day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE