UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SAMUEL L. HENDERSON                                                                    PLAINTIFF
#ADC 124650

VS.                                   NO. 5:07CV00093 JMM

LARRY NORRIS, ET AL.                                                                  DEFENDANTS

### ORDER

Pending before the Court are the proposed findings and recommendations from Magistrate Judge Beth M. Deere, and plaintiff's objection.

The Magistrate Judge's Recommended Disposition to dismiss plaintiff's complaint was based upon plaintiff's failure to comply with the Court's Order directing him to either pay the required filing fee or to submit a timely application to proceed *in forma pauperis.*

Plaintiff's objection states that he timely completed an *in forma pauperis* form and placed it in the prison mail system. Plaintiff now seeks permission to file a second application.

Because the record reflects that the Court did not receive plaintiff's initial application, but has received the second application, the Court finds that the Magistrate Judge's Recommended Disposition is moot and refers the case back to the Magistrate Judge.

IT IS SO ORDERED this   16   day of August, 2004.

James M. Moody
United States District Judge