**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

SAMUEL L. HENDERSON
ADC #120748                                                                                         PETITIONER

VS.                                    NO.  5:07-CV-00093-JMM-BD

LARRY NORRIS, Director,
Arkansas Dept. of Correction                                                                     RESPONDENT

**ORDER**

On May 7, 2007, Samuel L. Henderson brought this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (#1) challenging his state court conviction.  Pending are: Respondent's Motion to Dismiss (#15), Petitioner's Motion for Appointment of Counsel (#17), and Petitioner's Motion for Voluntary Dismissal (#20).  In his Motion for Voluntary Dismissal, Petitioner concedes that he has not properly raised his claims in state court and requests that his petition be dismissed without prejudice to permit him to do so.

For good cause, Petitioner's Motion for Voluntary Dismissal (#20) is GRANTED and Petitioner's Petition for Writ of Habeas Corpus (#1) is dismissed WITHOUT PREJUDICE.  Respondent's Motion to Dismiss (#15) and Petitioner's Motion for Appointment of Counsel (#17) are DENIED as moot.

DATED this 26th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE