**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**SAMUEL L. HENDERSON
ADC #120748**                                                              **PETITIONER**

**VS.**                **NO. 5:07-CV-00093-JMM-BD**

**RAY HOBBS, Director,
Arkansas Dept. of Correction**                                        **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Samuel L. Henderson's 28 U.S.C. § 2254 petition for writ of habeas corpus and supplement (#1, #31) are DISMISSED, with prejudice.

IT IS SO ORDERED this 13th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE