# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**SAMUEL L. HENDERSON**  **PETITIONER**
**ADC #120748**

v.   Case No. 5:07-cv-00093-KGB

**WENDY KELLEY, Director,**
**Arkansas Department of Correction** [1]   **RESPONDENT**

## ORDER

Before the Court is petitioner Samuel L. Henderson's motion for copies (Dkt. No. 53). Mr. Henderson "specifically seeks copies of Documents 1, 31, and the Recommended Disposition." (*Id.*, at 2). The Court grants Mr. Henderson's request. The Clerk is directed to send Mr. Henderson copies of docket entries 1, 31, and 39.

So ordered this 28th day of October, 2019.

_____
Kristine G. Baker
United States District Judge

---

[1] Wendy Kelley is the current Director of the Arkansas Department of Correction. Pursuant to Federal Rule of Civil Procedure 25(d), the Clerk is directed to substitute Ms. Kelley for Ray Hobbs as the named defendant in this case.